HAROLD P. FARRINGTON, Appellant and Respondent, *v.* STEEL COMPANY OF AMERICA, Defendant; JAMES A. CAREY, Respondent and Appellant, and FRANK L. COUNABLE et al., Respondents.

*Money loaned — action to recover money loaned and to impress a lien upon stock.*

*Farrington* v. *Steel Co. of America*, 200 App. Div. 803, affirmed.

(Argued March 5, 1923; decided March 23, 1923.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action is brought primarily against the defendant Carey to recover the sum of $100,000 and interest, loaned by the plaintiff to one Tevis, for which the plaintiff held the promissory note of said Tevis, secured by an agreement of the Steel Company of America to deliver to the defendant Carey 210 first mortgage and collateral trust gold bonds, to be thereafter issued by the defendant Steel Company of America, the said agreement having been assigned by the defendant Carey to Tevis, and by Tevis to the plaintiff, and delivered with the note of Tevis to the plaintiff. Upon the receipt of said note, and this agreement as collateral thereto, plaintiff gave his check to the defendant Carey for $100,000, which Carey had cashed, and from the avails of such check he retained the sum of $60,000 and gave to Tevis the sum of $40,000. A lien was also sought to be impressed upon certain stock.

*John L. Wells* for plaintiff, appellant and respondent.

*Vincent L. Leibell* and *Paul F. Lorzen* for defendant, respondent and appellant.

Judgment affirmed, with costs to respondents Counable and DuPont against plaintiff and without costs to other parties; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.